**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 71.58.108.223**

**ISP:** Comcast Cable
**Physical Location:** State College, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/18/2017 00:44:16 | 3B454629D4C9CEEC99FDF2D555A1B1742B26614A | Fit For A Fuck |
| 07/08/2017 14:42:47 | DF8B3B1EA796C4C19AB5AE1412A76FCD78BF815A | Summer Lovers |
| 04/09/2017 16:34:55 | B48687582B7F08B861E6FE20DFB9277025E396E3 | Yoga in the Sky |
| 03/13/2017 10:46:40 | 1EE34D36872F9D97213D1FD4C25EAC9A247C7579 | Happy Birthday Capri |
| 03/05/2017 14:50:08 | 3D73858BA52E9453705C4D3CAA0A60A870CC5EA7 | Deep Inside Gina |
| 01/15/2017 08:47:08 | C5521BF8614496A2AA03192075F98F74FDFC321F | In the blind |
| 10/04/2016 00:52:48 | B1B7AFD4F886011F601699074B25A5B188CA3911 | Any And All For You |
| 07/30/2016 17:20:57 | CFECDF0DB64068B8D6D0CF408EFF4EA2147610DD | Tantalizing Fox |
| 03/31/2016 00:52:57 | A3F6B167091AA513D2CBFC0DE3DFA3F55910237C | Crush on Kush |
| 05/10/2015 16:52:36 | E0FE0A6F953AAD489520C1109CCD04D88037FD4B | Tease and Please |
| 01/04/2015 02:01:00 | 72C5F1DBC6450F1E2A92EC1F8A55098D80002B06 | Enjoy the Ride |
| 12/16/2014 03:15:30 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 12/05/2014 06:33:23 | 981DC47DF9CF9BAED9C60F0A46A810D267A7CEE4 | Drinks For Two |
| 12/05/2014 01:28:58 | 16B8184F15C65499261276FAEF116C075B292F8D | In Charge |
| 08/21/2014 23:08:42 | E19608A380119EB41279BC3EC49D1392EE3658EC | Come Close |
| 08/14/2014 00:25:51 | CBDBC450F4AADB48BC97D2C9BDABA3611DCAE7CB | Erotic Stretching and Sex |
| 04/06/2014 04:24:53 | 98DAD37B6BB088A9EEC4362BF6B76F6B789C462E | Floating Emotions |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

MPA78