UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) Civil Case No. 4:17-cv-02252-JEJ |
| v. | ) ) ) |
| JOHN DOE subscriber assigned IP Address 71.58.108.223, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFEDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have forty-five days from the date it receives Comcast's response to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 19th day of March, 2018.

By: _____
UNITED STATES DISTRICT JUDGE